1 **SEE COURT'S NOTES**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MARK A. JOHNSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>LOUIS HOOK (in his individual capacity); SAMSON MENGISTU (in his individual capacity); CITY OF LOS ANGELES DEPARTMENT OF AIRPORTS or LOS ANGELES WORLD AIRPORTS; and DOES 1 – 50,<br><br>    Defendants. | Case No: 2:08-cv-01732 SJO (CWx)<br><br>**PROPOSED ORDER VACATING TRIAL AND PRETRIAL DATES FOLLOWING SETTLEMENT**<br><br>Trial date: April 14, 2009<br>Pretrial Conference date: April 6, 2009<br>(requested to immediately be formally vacated as result of settlement) |

On March 13, 2009, all defendants, including the City of Los Angeles (including but not limited Los Angeles World Airports), Samson Mengistu and Louis Hook (collectively, "Defendants") and Plaintiff Mark Johnson reached a settlement of this action and all outstanding issues in this matter. The parties have jointly requested and anticipated that the Court will immediately vacate all current dates in this matter (as indicated in the Notice of Settlement filed concurrently with

1  this proposed order, which is incorporated by reference), including but not limited
2  to the trial date of April 14, 2009, the pretrial conference date of April 6, 2009, and
3  all pretrial due dates.  The parties also anticipated that this Court will set an Order
4  to Show Cause Re Dismissal, and respectfully suggested that the Court do so for a
5  date at least 90 days from the date the parties reached settlement (i.e., 90 days from
6  March 13, 2009) to give sufficient time for Plaintiff to file his stipulation of
7  dismissal of this action (including as to all defendants) with prejudice and
8  proposed order thereon, and for Defendants (including the City of Los Angeles) to
9  transmit the settlement funds.

10  THEREFORE, **IT IS ORDERED** THAT:

11  1.  ~~The trial date of April 14, 2009 is vacated;~~
12  2.  ~~The pretrial conference date of April 6, 2009 is vacated;~~
13  3.  ~~All pretrial dates, including all document filing dates, are vacated.~~
14  4.  ~~An Order to Show Cause re Dismissal is set for _____.  If a~~
15  ~~dismissal with prejudice is filed prior to the date, the parties need not appear at this~~
16  ~~hearing.~~

**The matter will not be reset for trial and the case dismissed.  If this is not the understanding of counsel and the parties all dates remain in full force and effect.**

Date: March  17, 2009

*S. James Otero*

HONORABLE S. JAMES OTERO
United States District Court Judge